PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORALEE KATHERINE SALISBURY,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 2:22-cv-00173-CKD<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering Plaintiff's subjective statements; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and

against Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

Respectfully submitted,

Dated: May 12, 2022         /s/ Martha Woods Yancey*
                            (*as authorized via e-mail on 5/9/22)
                            MARTHA WOODS YANCEY
                            Attorney for Plaintiff

Dated: May 12, 2022         PHILLIP A. TALBERT
                            United States Attorney
                            PETER K. THOMPSON (HI 5890)
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                   By:      /s/ Marcelo Illarmo
                            MARCELO ILLARMO
                            Special Assistant United States Attorney

                            Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: May 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE