UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORALEE SALISBURY,<br><br>                                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>                                    Defendant. | Case No.: 2:22-cv-00173-CKD<br><br>**ORDER FOR ATTORNEY'S FEES PURSUANT TO STIPULATION AND THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)) (ECF No. 11), the Court hereby awards attorney's fees in the amount of $978.93.

**IT IS SO ORDERED**.

Dated:  July 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE